# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-00059-KD |
| ) | |
| JUAN GUTIERREZ DE LA FUENTE, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONERNING PLEA OF GUILTY

The Defendant, JUAN GUTIERREZ DE LA FUENTE, by consent, appeared before the undersigned Magistrate Judge on April 19, 2019, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count 1 of the Indictment charging a violation of Title 8, United States Code Section 922(g)(5)(A), possession of a firearm by a prohibited person (illegal alien).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore recommends that the plea of guilty be accepted and that the Defendant, JUAN GUTIERREZ DE LA FUENTE, be adjudged guilty and have sentence imposed accordingly.

**ORDERED** this 19th day of April, 2019.

/s/ P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE