# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO.: 1:19-0059-KD-MU |
| ) | |
| JUAN GUTIERREZ DE LA FUENTE, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's Report and Recommendation (Doc. 24) and without any objection having been filed, Defendant Juan Gutierrez De La Fuente's plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **Friday, July 26, 2019** at **11:00 a.m.** in Courtroom 4B, 155 St. Joseph Street, Mobile, Alabama 36602 under separate order. (Doc. 25).

**DONE** the 6th day of May 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**